**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01388-CV

**DAVID JAMES ROBERT SNODGRASS
AND NO HEAT RESOURCES, DMCC, Appellants**

**V.**

**NH RESOURCES LLC, RYAN CROWE, AND VAUGHN CROWE, Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-14337**

## ORDER

Before the Court is the parties' May 12, 2016 letter advising that a settlement has been reached and asking the Court to remove this case from the submission docket. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove this case from the May 24, 2016 submission docket pending the filing of a formal motion to dismiss the appeal.

/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE